IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| RICHARD DANIEL STARLING, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:13-cv-00157 |
| | ) | Senior Judge Haynes |
| v. | ) | |
| | ) | |
| MAURY COUNTY JAIL, and | ) | |
| DEBRA WAGONSCHUTZ, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, Defendants' motion to ascertain status (Docket Entry No. 25) is **GRANTED**, and Defendants' motion for summary judgment (Docket Entry No. 19) is **GRANTED**. Accordingly, this action is **DISMISSED with prejudice**. Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___ day of March, 2015.

WILLIAM J. HAYNES, JR.
United States District Judge