UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| RICHARD DANIEL STERLING | ) ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. 1:13-cv-157 |
| | ) ) | Judge Haynes |
| MAURY COUNTY JAIL, et al. | ) ) ) | |
| Defendants. | | |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on March 9, 2015.

KEITH THROCKMORTON, CLERK

s/   Hannah B. Blaney